[No. 2990-3.    Division Three.    July 31, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. WILMER
W. BARTRAM, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 77-2-1086-6, Ted Kolbaba, J., entered
June 21, 1978. *Affirmed* by unpublished opinion per
McInturff, J., concurred in by Green, C.J., and Munson J.

[No. 3131-2.    Division Two.    August 1, 1979.]

EDWARD J. BRIDGES, ET AL, *Respondents,* v. THOMAS
A. GRAVES, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pacific
County, No. 18522, Herbert E. Wieland, J., entered October
3, 1977. *Affirmed* by unpublished opinion per Pearson, C.J.,
concurred in by Reed and Soule,. JJ.

[No. 2819-3.    Division Three.    August 2, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY
ALLEN POWELL, *Appellant.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 26057, Harold D. Clarke, J., entered
February 17, 1978. *Reversed* by unpublished opinion or
McInturff, J., concurred in by Green, C.J., and Roe, J.

[No. 2976-3.    Division Three.    August 2, 1979.]

BERTHA E. CARTER, *Respondent,* v. EARL
W. CARLSEN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 77-2-01600-7, Howard Hettinger, J.,
entered June 13, 1978. *Affirmed* by unpublished opinion
per Munson, J., concurred in by Green, C.J., and McInturff,
J.